**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| NELLIE PREBOR,<br><br>    Plaintiff,<br><br>  v.<br><br>CARNIVAL CORPORATION & PLC,; HOLLAND AMERICA LINE - USA, INC.; HAL NEDERLAND N.V.; HOLLAND AMERICA LINE N.V.; and HOLLAND AMERICA LINE, INC.,,<br><br>    Defendants. | At Law or In Admiralty<br><br>No. 2:16-cv-01860-MJP<br><br>**ORDER OF DISMISSAL** |

<u>ORDER</u>

  Based upon the Stipulation of the parties, the claims of Plaintiff are hereby dismissed with prejudice, and without costs.

  Dated this _22nd_ day of __March__, 2018.


Marsha J. Pechman
United States District Judge